# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARINA KOLCHINSKY,<br><br>    Defendant. | Case No. 18-CR-17-JPS<br><br>**ORDER** |

On May 8, 2019, the government filed a motion for leave to dismiss the Indictment as to defendant Marina Kolchinsky pursuant to Federal Rule of Criminal Procedure 48(a). (Docket #9). The Court will grant the government's motion.

Accordingly,

**IT IS ORDERED** that the government's motion for leave to dismiss the Indictment as to defendant Marina Kolchinsky (Docket #9) be and the same is hereby **GRANTED**.

Dated at Milwaukee, Wisconsin, this 10th day of May, 2019.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge