UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                 Case No. 18-CR-17

MARINA KOLCHINSKY,

    Defendant.

## NOTICE OF DISMISSAL

The United States of America, by its attorneys, Matthew D. Krueger, United States Attorney, and Laura S. Kwaterski, Assistant United States Attorney, hereby gives notice of the dismissal of the indictment without prejudice, in the above-captioned case.

Dated at Milwaukee, Wisconsin this 13th day May, 2019.

                                            Respectfully submitted,

                                            MATTHEW D. KRUEGER
                                            United States Attorney

By:    */s/ Laura S. Kwaterski*
        LAURA S. KWATERSKI
        Assistant United States Attorney
        Attorney for Plaintiff
        Office of the United States Attorney
        Eastern District of Wisconsin
        517 E. Wisconsin Avenue, Room 530
        Milwaukee, Wisconsin 53202
        Telephone: (414) 297-1700
        Email: Laura.Kwaterski@usdoj.gov